**LAW OFFICES OF JEFFREY S. YOUNG**
JEFFREY S. YOUNG, SB# 172016
1307 State Street, 1st Floor
Santa Barbara, CA 93101
jeff@jeffreyyounglaw.com
Tel: (805) 884-0338
Fax: (805) 884-0799

Attorneys for ASHLEIGH BRILLIANT

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE DMCA SUBPOENA TO AMAZON.COM | Case No.   2:21-mc-1083<br><br>DECLARATION OF JEFFREY S. YOUNG |

I, Jeffrey S. Young, declare as follows:

1. I am an attorney at law duly licensed to practice in all courts in the State of California. I am admitted to practice in the United States District Court, Central District of California. I am the attorney for Ashleigh Brilliant. I have first hand and personal knowledge of the facts set forth below and if called upon to testify could and would testify to the following.

2. On behalf of Ashleigh Brilliant, I am seeking a subpoena pursuant to 17 U.S.C. section 512 (h) to obtain information sufficient to identify a person or entity conducting business with Amazon.com under the name "Aunt Estera."

3. I have a good faith belief, based on the facts known to me, that "Aunt Estera" is infringing Ashleigh Brilliant's copyrights.

4. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers and the information obtained therefrom will only be used for the purpose

of protecting rights under 17 U.S.C. section 101, *et seq*.

5. On October 13, 2021 I sent the attached letter to Amazon.com requesting that they remove the infringing product from their website and provide me with information to identify "Aunt Estera."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 19, 2021

LAW OFFICE OF JEFFREY YOUNG

By: _____
Jeffrey S. Young, Declarant and Attorney for Ashleigh Brilliant