**JEFFREY S. YOUNG**
ATTORNEY AT LAW
1307 STATE STREET, 1ST FLOOR
SANTA BARBARA, CALIFORNIA 93101
TEL (805) 884-0338 • FAX (805) 884-0799
E-MAIL: jeff@jeffreyyounglaw.com

October 13, 2021          Via Email (copyright@amazon.com)

Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108

Re:  Notice of Copyright Infringement, DMCA Take-Down Notice and Request for Identification of Amazon Account Holder "Aunt Estera"

Dear Copyright Agent:

    We represent Ashleigh Brilliant in certain matters regarding the protection of his intellectual property rights. Ashleigh Brilliant is a writer, publisher and syndicated cartoonist who creates unique literary phrases called epigrams. Each epigram is registered with the U.S. Copyright Office. Since 1967 Mr. Brilliant has registered 10,000 epigrams and has published them on a series of individual post cards, collectively known as "Pot Shots" and "Brilliant Thoughts." Each card contains one of Mr. Brilliant's epigrams. Mr. Brilliant has licensed his epigrams to others for use on various items, such as greeting cards, tote bags, T-Shirts, cocktail napkins, and the like. His epigrams have appeared on a regular basis in as many as thirty nationally syndicated newspapers.

    Mr. Brilliant is the only full time, professional published epigrammatist today. Mr. Brilliant's website provides information about himself and his products. www.ashleighbrilliant.com

    Unfortunately, my client recently discovered that Amazon.com is selling lined notebooks that contain reproductions of an original Ashleigh Brilliant epigram, "My Opinions May Have Changed, But Not The Fact That I'm Right." (Hereinafter "Pot-Shot No. 331.") See Exhibit "A" for a copy of the Ashleigh Brilliant original epigram, "Pot-Shot No. 331." As you can see from Exhibit "B," Mr. Brilliant has a registered U.S. copyright in "Pot-Shot No. 331." (Aug 23, 1972; A 363112). Amazon.com is displaying and selling infringing products of "Pot-Shot No. 331" at the following URL:

https://www.amazon.com/Opinions-Changed-Right-Ashleigh-Brilliant/dp/B08N1JJWHM

Amazon.com, Inc.
Attn: Copyright Agent
October 13, 2021
Page Two

A screen shot of the infringing displays from Amazon.com's website is attached as Exhibit "C." (Hereinafter "Infringing Products.")

  Amazon.com's sale of infringing products damages both Ashleigh Brilliant and his licensees. Amazon.com's unauthorized use of "Pot-Shot No. 331" causes saturation in the market, potentially resulting in lost sales and licenses for Ashleigh Brilliant, and lost sales for his licensees, not to mention damage to the relationship between Ashleigh Brilliant and his current licensees. As the seller, printer, manufacturer and distributor of products containing creative expression, Amazon.com is responsible for ensuring that such products contain either original creations or properly licensed artwork. No one from Amazon.com or any representative of Amazon.com has ever approached Ashleigh Brilliant for a license to reproduce "Pot-Shot No. 331."

  At this time, Amazon.com is ordered to cease and desist all sale, public display, reproduction and distribution of any merchandise bearing reproductions of "Pot-Shot No. 331." It is my client's hope that an amicable resolution to this matter can be made without the need for litigation. Therefore, in an effort to reach an appropriate resolution of this matter, I ask that Amazon.com provide me with the following information by email, jeff@jeffreyyounglaw.com, at its earliest convenience, but in no event later than October 31, 2021:

1) From where did Amazon.com acquire its copy of "Pot-Shot No. 331?"
2) When did Amazon.com first sell any products bearing reproductions of "Pot-Shot No. 331?"
3) What is the contact information for the party responsible for uploading "Pot-Shot No. 331" image to Amazon.com's website?
4) What is the contact information for Aunt Estera?
4) Please provide an accounting identifying the following information:
 a. Quantity of all "Infringing Products" sold;
 b. Quantity of all "Infringing Products" currently on order;
 c. Cost of acquisition per unit for each "Infringing Product" category sold;
 d. Revenue received from all sales of the "Infringing Products;"
 e. Profits earned from all sales of the "Infringing Products," and
 f. Quantity of all "Infringing Products" in inventory.

  I thank you in advance for your cooperation and I look forward to your reply. Once I have reviewed Amazon.com's response to the foregoing requests with my client, I will be back in touch with you regarding a possible resolution of this dispute. Please do not hesitate to contact me to discuss this matter as necessary.

  I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. The information in this notification is accurate, and under penalty of perjury, that the complaining party is

Amazon.com, Inc.
Attn: Copyright Agent
October 13, 2021
Page Three

authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Sincerely,

Jeffrey S. Young
Attorney at Law
JSY:ms

Attachments:
    Exhibit A - "Pot-Shot No. 331"
    Exhibit B - Copyright Registration
    Exhibit C - Infringing Products

EXHIBIT 'A'



Exhibit "A"



Exhibit "A"

EXHIBIT 'B'

COVERS # 305-350

# Certificate
## Registration of a Claim to Copyright
### in a published book manufactured in the United States of America

FORM A

CLASS: A

REGISTRATION NO.: A 363112

DO NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*George D. Cary*

Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name: ASHLEIGH E. BRILLIANT, DOING BUSINESS AS BRILLIANT ENTERPRISES

Address: P.O. BOX 14285, SAN FRANCISCO, CALIFORNIA 94114

Name: —

Address:

**2. Title:** POT-SHOTS (Title of book)

**3. Authors:**

Name: ASHLEIGH E. BRILLIANT (Legal name followed by pseudonym if latter appears on copies)   Citizenship: U.S. (Name of country)

Domiciled in U.S.A. Yes ✓  No ___  Address: P.O. BOX 14285, SAN FRANCISCO, CALIF. 94114

Name: ___   Citizenship: ___
Domiciled in U.S.A. Yes ___ No ___ Address: ___

Name: ___   Citizenship: ___
Domiciled in U.S.A. Yes ___ No ___ Address: ___

**4. Date of Publication of This Edition:**

APRIL (Month)   17 (Day)   1972 (Year)

**5. New Matter in This Version:**

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition ___ (Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes ___ No ___

If your answer is "Yes," give registration number ___

EXAMINER

Complete all applicable spaces on next page

account:

Send correspondence to:

Name ASHLEIGH E. BRILLIANT     Address P.O. BOX 14285
                                        SAN FRANCISCO, CALIFORNIA 94114

9. Send certificate to:

(Type or print name and address)

Name ASHLEIGH E. BRILLIANT
Address P.O. BOX 14285
              (Number and street)
SAN FRANCISCO    CALIFORNIA    94114
   (City)                (State)                (ZIP code)

## Information concerning copyright in books

*When to Use Form A.* Form A is appropriate for published books which have been manufactured in the United States.

*What Is a "Book"?* The term "books" covers not only material published in book form, but also pamphlets, leaflets, cards, and single pages containing text. Books include fiction, nonfiction, poetry, collections, directories, catalogs, and information in tabular form.

*Unpublished Books.* The law does not provide for registration of "book" material in unpublished form. Unpublished books are protected at common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published books lasts for 28 years from the date of first publication, and may be renewed for a second 28-year term.

### How to secure statutory copyright in a book

*First: Produce Copies With Copyright Notice.* Produce the work in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Work With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies of the first authorized edition were placed on sale, sold, or publicly distributed by the proprietor of the copyright or under his authority, . . ."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, two copies of the work as published with notice, an application on Form A, properly completed and notarized, and a fee of $6.

*The Copyright Notice.* The copyright notice for books shall appear on the title page or verso thereof, and shall consist of three elements: the word "Copyright," or the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1969. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies are published without the required notice, the right to secure copyright is lost, and cannot be restored.

### Books manufactured abroad

*In General.* Form A is not appropriate for books which have been manufactured outside the United States.

*Foreign Language Books.* Applications covering foreign-language books by foreign authors, manufactured abroad, should be submitted on Form A–B Foreign.

*English-Language Books.* Books in English manufactured abroad may be registered for "ad interim" copyright (Form A–B Ad Interim); or, if they are protected under the Universal Copyright Convention they are eligible for full-term registration on Form A–B Foreign:

(1) *Ad Interim Copyright.* Ad interim registration is necessary for protection in the United States unless copyright has been secured under the Universal Copyright Convention. To secure ad interim copyright a claim must be registered within 6 months of first publication abroad. Ad interim copyright lasts for 5 years or until an American edition is published within the 5-year period and registered.

(2) *Universal Copyright Convention.* An English language work by a foreign author first published abroad is eligible for full-term U.S. copyright if: (a) its author is a citizen or subject of a country which is a member of the Universal Copyright Convention, or the work was first published in such country, and (b) all published copies bear the copyright notice provided under the Universal Copyright Convention.

| FOR COPYRIGHT OFFICE USE ONLY ||
|---|---|
| Application and affidavit received<br>AUG 23 1972 | <br>In Notice: 1971 |
| Two copies received<br>AUG 23 1972 | |
| Fee received<br>37448 AUG 23 '72 | |

EXHIBIT 'C'

# Exhibit "C"



**Last purchased Sep 17, 2021.** View order — Set reminder



Look inside

# My Opinions May Have Changed, But Not The Fact That I'm Right. Ashleigh Brilliant: 100 Pages, 6x9 in, Lined Notebook. Journal With Funny Quotation On The Cover.

Paperback – November 3, 2020

by Aunt Estera (Author)

See all formats and editions

**Paperback**
**$4.89** prime

2 New from $4.89

This is a lined notebook. 100 pages, high quality cover and 6x9 inchech in size. Notebook with funny quotations on the cover. Write down all your thoughts, impressions, and funny qoutes.

Report incorrect product information.

| Print length | Language | Publication date | Dimensions | ISBN-13 | |
|---|---|---|---|---|---|
| 100 pages | English | November 3, 2020 | 6 x 0.23 x 9 inches | 979-8558266757 | See all details |



See all 2 images

**Buy new:** $4.89
prime

FREE delivery: **Friday, Sep 24**
Order within 8 hrs and 8 mins
Details

Deliver to Jeffrey - Santa Barbara 93109

**In Stock.**

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon.com
Sold by Amazon.com

Return policy: Eligible for Return within 30 days of receipt

1-Click ordering is not available for this item.